[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10491
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-00277-CG-C-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODGER A. GULLEDGE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(November 9, 2012)

Before BARKETT, MARCUS and HILL, Circuit Judges

PER CURIAM:

Raymond A. Pierson, appointed counsel for Robert Gulledge in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals

that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gulledge's conviction and sentence are **AFFIRMED**.